1 | **SAMUEL A SUE   ATTORNEY AT LAW 201817**
**310 THIRD STREET B-1**
2 | **CHULA VISTA, CA 91910**
**Phone 619 475 4368**
3
4 | **Attorneys for Defendant Michael A Taibi**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:10-CV-02250-JLS-CAB |
| Plaintiff, | **DEFENDANT'S MANDATORY SETTLEMENT CONFERENCE BRIEF** |
| v. | **Conference: June 27, 2011** |
| MICHAEL A TAIBI, | **Time: 02:00 pm** |
| Defendant. | **Magistrate Judge Cathy Ann Bencivengo** |

COMES NOW THE DEFENDANT MICHAEL A TAIBI AND CONTENDS AND ALLEGES the following:

**I**

**PARTIES**

Plaintiff: United States of America

Defendant: Michael Taibi, Attorney

**II**

**STATUS OF LITIGATION**

A complaint was filed by the Plaintiff, United States on November 10, 2010 alleging that the defendant had defaulted on a student loan. The defendant filed an answer on January 5,

1  2011 denying owing the amount alleged.

## III

## UNDISPUTED FACTS

1. The defendant admits to having borrowed a certain amount of money in the Student Loan program while he was in school.

2. The defendant admits owing less than what the plaintiff has alleged.

## IV

## DISPUTED FACTS

1. The defendant denying owing the amount that the plaintiff alleges that he owes as stated in the plaintiff's complaint.

## V

## VALUATION AND LIABILITY

The plaintiff intends to admit the existence of an unpaid loan, but will prove to the Court that he does no owe the amount alleged in the plaintiff's complaint

## VI

## EXHIBITS

The defendant is in the process of accumulating his exhibits and in comparing what he finds with the documents that the plaintiff has delivered in response to recovery. The initial loan in these circumstances was 4/21/93 over 18 years ago and it has been difficult to find certain exhibits.

## VII

## CONCLUSION

The defendant is willing to repay the loan of the money that he borrowed while in school under the student loan program, however, the Plaintiff's claim is mostly penalties and interest, upon which the defendant objects paying without adequate evidence showing the amount actually owed.

Respectfully,

SAMUEL A SUE, Attorney for Defendant

Domingo vs. Dominguez

2