FILED
12 MAR -8 PM 2:13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Civil No. 10CV2250-JLS (MDD) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PRAECIPE |
| MICHAEL A. TAIBI | ) | |
| Defendant. | ) | |

TO THE CLERK:

Please issue an Abstract of Judgment as to Michael A. Taibi.

SONIA HERRERA
Legal Assistant
Ext. 546-8825

Date issued: