LAURA E. DUFFY
United States Attorney
CAROL M. LEE
Assistant U.S. Attorney
California State Bar No. 219246
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7584
Facsimile: (619) 546-0585
Email: carol.lee@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
MAR 0 7 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Court No. 10CV2250 |
|---|---|
| Plaintiff, | **ANSWER OF GARNISHEE** |
| v. | |
| MICHAEL A. TAIBI, | |
| Defendant and Judgment Debtor, | |
| UNION BANK, | |
| Garnishee. | |

I, _____, declare:

1. I am the garnishee, or a partner of the garnishee, or an authorized officer of the garnishee.

2. On _____, 201__, the garnishee received the Writ of Continuing Garnishment.

3. The garnishee has custody, control, or possession of the following property in which the judgment debtor has an interest.

   a.   Money in the sum of $ _____.

10CV2250

4. The following prior garnishments against the judgment debtor are presently in effect:

_____

_____

5. If you as garnishee deny that you hold any earnings that is subject to the Writ of Continuing Garnishment, check the applicable line below:

_____ The garnishee has the following objections, defenses, or set-offs to the right of the United States to garnish the judgment debtor's earnings, money or property:

_____

_____

_____

_____ The garnishee was at the time of service not indebted to the judgment debtor; and garnishee did not have possession or control of any money or property belonging to the judgment debtor.

6. The garnishee is filing this Answer of Garnishee in the office of the Clerk of the U.S. District Court at:

        Clerk of the Court
        U.S. District Court
        333 West Broadway, Ste. 420
        San Diego, California 92101

7. The garnishee also mailed a copy of this Answer of Garnishee by first class mail to:

    a. The Defendant/Judgment Debtor:

        Name: _____

        Address: _____

        _____

///

///

///

1        b.    The attorney for the United States:

               United States Attorney's Office
               Attention: FLU/COLLECTIONS
               Federal Office Building
               880 Front Street, Room 6293
               San Diego, California 92101-8893

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: _____ .

                                       Name of Garnishee (Printed)

                        By: _____
                             (Signature)

                                        (Printed)
                                     Legal Process Rep.
                                     Title

___ No Funds Available for Debtor
___ No Accounts at Office Served
___ No Account Found
 X  Account Closed