1  LAURA E. DUFFY
   United States Attorney
2  CAROL M. LEE
   Assistant U.S. Attorney
3  California State Bar No. 219246
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 546-7584
6  Facsimile: (619) 546-0585
   Email: carol.lee@usdoj.gov
7
   Attorneys for Plaintiff
8  United States of America

                    2013 MAR 12 AM 10:21

9
                  ☐ ORIGINAL    UNITED STATES DISTRICT COURT
10
                         SOUTHERN DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,         )   Court No. 10CV2250
12                                   )
                Plaintiff,           )   **ANSWER OF GARNISHEE**
13                                   )
        v.                           )
14                                   )
   MICHAEL A. TAIBI,                 )
15                                   )
                Defendant and        )
16              Judgment Debtor,     )
                                     )
17 FIRST REPUBLIC BANK,              )
                                     )
18              Garnishee.           )
                                     )
19 _____  )

20   I, _____Shawn Scheykani_____, declare:

21   1.   I am the garnishee, or a partner of the garnishee, or an authorized officer of
22 the garnishee.

23   2.   On __3/6/__, 2013, the garnishee received the Writ of
24 Continuing Garnishment.

25   3.   The garnishee has custody, control, or possession of the following property
26 in which the judgment debtor has an interest.

27   a.   Money in the sum of $ ____∅____ **NO ACCOUNT**

28
                                                                          10CV2250

1 | 4. The following prior garnishments against the judgment debtor are presently
2 | in effect:
3 | **NO RECORDS**
4 |

5 | 5. If you as garnishee deny that you hold any earnings that is subject to the Writ
6 | of Continuing Garnishment, check the applicable line below:

7 | _____ The garnishee has the following objections, defenses, or set-offs to the right of the United States to garnish the judgment debtor's
8 | earnings, money or property:

9 |
10 | **NO RECORDS**
11 |

12 | _____ The garnishee was at the time of service not indebted to the judgment debtor; and garnishee did not have possession or control of any
13 | money or property belonging to the judgment debtor.

14 | 6. The garnishee is filing this Answer of Garnishee in the office of the Clerk
15 | of the U.S. District Court at:

16 | Clerk of the Court
17 | U.S. District Court
333 West Broadway, Ste. 420
San Diego, California 92101

18 | 7. The garnishee also mailed a copy of this Answer of Garnishee by first class
19 | mail to:
20 |
21 | a. The Defendant/Judgment Debtor:
22 | Name: _____
23 | Address: _____
24 | _____
25 | ///
26 | ///
27 | ///
28 |

b.  The attorney for the United States:

United States Attorney's Office
Attention: FLU/COLLECTIONS
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

8.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 3/7/13

**FIRST REPUBLIC BANK**
111 PINE STREET
SAN FRANCISCO, CA 94111
Name of Garnishee (Printed)

By: _(Signature)_

SHAWN SAEYRES (Printed)

Title: IPS